UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NESTOR ALONZO HERNANDEZ-GONZALEZ,<br><br>                    Petitioner,<br><br>     v.<br><br>PAMELA BONDI, *et al.*,<br><br>                    Respondents. | CASE NO. 2:25-cv-00351-TMC-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge Grady J. Leupold, objections to the R&R, if any, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the R&R.

(2) The Motion to Dismiss (Dkt. 11) is GRANTED and Petitioner's federal habeas Petition is DISMISSED without prejudice.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Grady J. Leupold.

**DATED** this 13th day of June, 2025.

TIFFANY M. CARTWRIGHT
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1